IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTHWESTERN CORPORATION, | Case No. 03-12872 (CGC) |
| Debtor. | Re: 579 |

## ORDER AUTHORIZING DEBTOR TO IMPLEMENT INCENTIVE COMPENSATION AND SEVERANCE PLAN

**UPON** the Motion Pursuant to §§ 105(a) and 363 of the Bankruptcy Code Authorizing the Debtor to Implement Incentive Compensation and Severance Plan (the "Motion") filed by the above-captioned debtor (the "Debtor") and the Court having reviewed the Motion, the Limited Objection (the "Limited Objection") of the Montana Public Service Commission (the "MPSC") to the Debtor's Motion and the Response (the "Response") of the Montana Consumer Counsel (the "MCC") to Debtor's Motion; and having heard the statements of counsel regarding the relief requested in the Motion at a hearing on January 14, 2004 with respect to the Motion; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due notice of the Motion having been given under the circumstances; and it appearing that no other or further notice of the Motion is necessary or required; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtor, its estate, its creditors and other parties-in-interest; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED**, that the Motion is **GRANTED** as set forth herein, the MPSC and the MCC have agreed not to pursue the Limited Objection and the Response, respectively, and all other objections to the Motion are overruled or withdrawn as announced at the hearing to consider the Motion; and it is further

**ORDERED**, that the Debtor is hereby authorized to implement the Amended Incentive Plan[1] on the terms set forth therein as modified by this Order; and it is further

**ORDERED**, that the Officers shall receive cash incentive payments upon the Debtor's attainment of each of the following three (3) milestones: (i) entry of any order by the Court approving a disclosure statement, (ii) the effective date of the Debtor's confirmed reorganization plan and (iii) January 31, 2005; and it is further

**ORDERED**, that provided the Debtor meets certain performance goals, the first half of Group 1(a) and Group 1(b)'s participants fixed incentive compensation payment will vest on June 1, 2004 (and will be paid on or after September 30, 2004) and the second half of the incentive compensation payment will vest on January 1, 2005 (and will be paid not later than January 31, 2005); and it is further

**ORDERED**, that nothing in this order shall affect the jurisdiction or the authority of the Montana Public Service Commission under Montana law, including its authority to determine whether or not, or to what extent, any payments made by the

---

[1] Any capitalized term used herein but not otherwise defined shall have the meaning ascribed to such term in the Motion.

Debtor under its Amended Incentive Plan should be included in retail rates payable by Montana consumers; and it is further

**ORDERED,** that this order shall take effect immediately upon its entry; and it is further

**ORDERED,** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

Dated: Wilmington, Delaware
~~January~~ Feb. 3, 2004

*[signature]*
UNITED STATES BANKRUPTCY JUDGE